THE STATE v. FISHER.

Monday,
December 17.

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.*—Indictment for selling counterfeit money. It was quashed below. The appellee has filed no brief. We are not informed of the ground upon which the indictment was quashed. The indictment is very like that in *Wilkinson* v. *The State*, 10 Ind. 372, which was held good.

The judgment is reversed, with costs. Cause remanded, &c.

*J. E. McDonald*, Attorney General, *A. L. Roache* and *J. S. Miller*, for the State.